**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LONNIE TROY, III, )<br>aka Lonnie Williams, )<br>)<br>Defendant. ) | 2:10-CR-221-LDG (GWF) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on February 22, 2011, defendant LONNIE TROY, III, pled guilty to Counts One, Three, and Four of an Eleven-Count Criminal Indictment charging him in Count One with Interference with Commerce by Robbery, in violation of Title 18, United States Code, Section 1951; in Count Three with Interference with Commerce by Robbery, in violation of Title 18, United States Code, Section 1951; and in Count Four with Use of a Firearm During, in relation to, and in Furtherance of a Crime of Violence in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

This Court finds defendant LONNIE TROY, III, agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant LONNIE TROY, III, pled guilty.

1   The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 2   924(d)(1) and Title 28, United States Code, Section 2461(c):

3       a.    an EMF Model 1873 Dakota, .45 caliber revolver bearing serial number 85258;

4           and

5       b.    any and all ammunition,

6   ("Property").

7   This Court finds the United States of America is now entitled to, and should, reduce the 8   aforementioned property to the possession of the United States of America.

9   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the 10   United States of America should seize the aforementioned property.

11   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of 12   LONNIE TROY, III in the aforementioned property is forfeited and is vested in the United States of 13   America and shall be safely held by the United States of America until further order of the Court.

14   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America 15   shall publish for at least thirty (30) consecutive days on the official internet government forfeiture 16   website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state 17   the time under the applicable statute when a petition contesting the forfeiture must be filed, and state 18   the name and contact information for the government attorney to be served with the petition, pursuant 19   to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

20   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed 21   with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

22   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, 23   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the 24   following address at the time of filing:

25   . . .

26

1  Michael A. Humphreys
   Assistant United States Attorney
2  Daniel D. Hollingsworth
   Assistant United States Attorney
3  Lloyd D. George United States Courthouse
   333 Las Vegas Boulevard South, Suite 5000
4  Las Vegas, Nevada 89101.

5   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

6  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

7  following publication of notice of seizure and intent to administratively forfeit the above-described

8  property.

9   DATED this ____ day of ____MAR____, 2011.

10

11

12                                                              _____
13                                                              UNITED STATES DISTRICT JUDGE

3