1

2

3

4

5

6       **UNITED STATES DISTRICT COURT**

7       **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,                    )
                                                 )
9              Plaintiff,                        )
                                                 )
10          v.                                   )          2:10-CR-221-LDG (GWF)
                                                 )
11  LONNIE TROY, III, aka Lonnie Williams,       )
                                                 )
12             Defendant.                        )
    _____)

13              **AMENDED FINAL ORDER OF FORFEITURE**

14          On March 8, 2011, the United States District Court for the District of Nevada entered a

15  Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United

16  States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the

17  plea of guilty by defendant LONNIE TROY, III, aka Lonnie Williams to criminal offenses, forfeiting

18  specific property alleged in the Indictment and agreed to in the Plea and shown by the United States

19  to have the requisite nexus to the offenses to which defendant LONNIE TROY, III, aka Lonnie

20  Williams pled guilty.  Docket #1, #36, #37, #40.

21          This Court finds the United States of America published the notice of the forfeiture in

22  accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

23  consecutively from March 16, 2011, through to April 14, 2011, notifying all third parties of their

24  right to petition the Court. #41.

25  . . .

26  . . .

On August 22, 2011, The Corporation Trust Co. Of Nevada - RA to: Bass Pro Outdoor World, LLC was served by regular and by certified mail return receipt requested with a copy of the Notice and the Preliminary Order of Forfeiture. #49-1.

On August 22, 2011, Jim Hagale, President, Bass Pro Shops, Inc., was served by regular and by certified mail return receipt requested with a copy of the Notice and the Preliminary Order of Forfeiture. #49-2.

On August 22, 2011, Larry Wilcher, Group Vice President and General Counsel - Bass Pro Shops, Inc., was served by regular and by certified mail return receipt requested with a copy of the Notice and the Preliminary Order of Forfeiture. #49-3.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a.    an Alder Italy Model 1873, .45 caliber revolver bearing serial number 85258; and

    b.    any and all ammunition ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE