# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America

                              JUDGMENT IN A CIVIL CASE

            Plaintiff,

v.                                Case Number: 2:10-cr-0221-LDG

Lonnie Troy

            Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered denying Defendant's Motion to Vacate, Set Aside, or Correct Sentence

| | |
|---|---|
| October 12, 2018 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ J. Matott |
| | Deputy Clerk |