# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LONNIE TROY,

    Defendant.

Case No. 2:10-cr-00221-LDG (GWF)

<u>ORDER</u>

    The Ninth Circuit remanded this case for the limited purpose of permitting this court to grant or deny a certificate of appealability. The Court will deny a certificate of appealability.

    The Court declines to issue a certificate of appealability because (a) the Court denied defendant's 28 U.S.C. §2255 motion as untimely; (b) the timeliness of defendant's 28 U.S.C. §2255 motion required a determination that the Supreme Court recognized, in *Johnson v. United States*, 135 S.Ct 2551 (2015), that 18 U.S.C. §924(c)'s residual clause is void for vagueness in violation of the Fifth Amendment; but (c) the Ninth Circuit resolved that question, holding that it did not. *United States v. Blackstone*, 903 F.3d 1020, 1028 (9th Cir. 2018) (*cert. denied* 2019 WL 2211790, U.S., June 24, 2019).

    Accordingly,

THE COURT **DECLINES** to issue a Certificate of Appealibility for defendant's appeal of this Court's Order (CM/ECF #64) denying his motion brought pursuant to 28 U.S.C. §2255.

DATED this 30 day of July, 2019.

_____
Lloyd D. George
United States District Judge