RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Lonnie Troy III

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LONNIE TROY III,<br><br>　　　　　Defendant. | Case No. 2:10-cr-00221-RFB-GWF<br><br>**STIPULATION TO CONTINUE DEADLINE TO SUPPLEMENT TO MOTION FOR COMPASSIONATE RELEASE**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Elizabeth O. White, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Lonnie Troy III, that the Supplement to Motion for Compassionate Release deadline currently scheduled on January 18, 2021, but no sooner than thirty (30) days. Also, that the Government's Response to the Supplement for Compassionate Release be due fourteen (14) days after the filing of Defendant's Motion.

　　　　This Stipulation is entered into for the following reasons:

1. Defense counsel only recently received Mr. Troy's medical records and needs time to adequately review them before deciding whether it is appropriate to file a supplement in this case.

2. The defendant is in custody with an expected release date of October 20, 2022. Counsel is still in the process of contacting the client but feels a continuance is needed and the best course of action to properly represent the client in this matter.

3. The parties agree to the continuance.

This is the first request for a continuance of the Compassionate Release Supplement.

DATED this 14th day of January, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Brandon C. Jaroch<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | By /s/ Elizabeth O. White<br>ELIZABETH O. WHITE<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>LONNIE TROY III,<br><br>      Defendant. | Case No. 2:10-cr-00221-RFB-GWF<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the Compassionate Release Supplement deadline currently scheduled for Monday, January 18, 2021, be vacated and continued to <u>February 19, 2021</u> at the hour of <u>5</u> : <u>00</u> p.m.; or to a time and date convenient to the court.

    IT IS FURTHER ORDERED that the Government's Response to the Supplement for Compassionate Release be fourteen (14) days after the filing of Defendant's Motion.

    DATED this <u>14th</u> day of January, 2021.

                                                    RICHARD F. BOULWARE, II
                                                    UNITED STATES DISTRICT JUDGE